**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JESSE VELEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PASSAIC, *et al.*,<br><br>Defendants. | No. 25-cv-16356<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court by way of Magistrate Judge Stacey D. Adams's Report and Recommendation (ECF No. 13) that Plaintiff's motion (ECF No. 4) to (1) remand this action to the Superior Court of New Jersey, Passaic County be granted and (2) impose costs and fees be denied. Judge Adams ordered the Parties to file and serve objections to the Report and Recommendation by March 23, 2026, pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2). No such objections have been filed. The Court has considered the history of, and submissions made in, this case, as well as Judge Adams's Report and Recommendation, and for substantially the same reasons stated therein,

**IT IS** on this 17th day of August 2026,

**ORDERED** that this Court adopts Judge Adams's March 9, 2026, Report and Recommendation (ECF No. 13); and it is further

**ORDERED** that this action be remanded to the Superior Court of New Jersey, Passaic County, pursuant to 28 U.S.C. § 1447(c); and it is finally

**ORDERED** that the Office of the Clerk of the Court shall close this case.

**SO ORDERED.**

*/s/ Claire C. Cecchi*

**CLAIRE C. CECCHI, U.S.D.J.**